

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-24-2003

# USA v. Cruz

Precedential or Non-Precedential: Non-Precedential

Docket 02-2824

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Cruz" (2003). *2003 Decisions.* Paper 725.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/725

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 02-2824

———————

UNITED STATES OF AMERICA

v.

ELADIO CRUZ
a/k/a
LADO

Eladio Cruz,

                                                    Appellant

———————

On Appeal from the United States District Court
for the District of New Jersey
District Judge: Honorable John W. Bissell, Chief Judge
(D.C. Crim. No. 01-00292-1)

———————

Argued February 28, 2003

BEFORE: SCIRICA, GREENBERG, and GIBSON*, Circuit Judges

(Filed: March 21, 2003)

———————

Esther Salas (argued)
Lisa M. Mack

———————

*Honorable John R. Gibson, Senior Judge of the United States Court of Appeals for the
Eighth Circuit, sitting by designation.

Federal Public Defender

972 Broad Street
Newark, NJ 07102

Attorneys for Appellant

Christopher J. Christie
United States Attorney
George S. Leone
Chief, Appeals Division
Sabrina G. Comizzoli (argued)
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102-2535

Attorneys for Appellee

OPINION OF THE COURT

GREENBERG, Circuit Judge.

Eladio Cruz appeals from a judgment of conviction and sentence entered June 28, 2002, on his plea of guilty to an indictment charging him with conspiracy to distribute more than 50 grams of crack cocaine. The district court determined that his total offense level was 34 which with his criminal history category of VII yielded a sentencing range of 262 to 327 months. The court sentenced him to a 262-month custodial term to be followed by a five-year term of supervised release.

Cruz appeals, contending that "the [district] court erred in denying [his] downward departure motion for over-statement of criminal history because it failed to employ the applicable analytical framework, instead relying upon a skewed view of plea agreement stipulations and its assignment to [him] of responsibility for the sins of his son." Br. at 11.

2

His son is a co-defendant in this case. The government answers that we lack jurisdiction because the district court explicitly recognized that it had the authority to depart but declined to do so.

We agree with the government and thus conclude that we do not have jurisdiction. See United States v. McQuilkin, 97 F.3d 723, 729-30 (3d Cir. 1996). Consequently, we will dismiss this appeal.

————

TO THE CLERK:

Please file the foregoing not precedential opinion.

    /s Morton I. Greenberg
Circuit Judge